[No. 71026-5-I.   Division One.   October 19, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO GONZALEZ-MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01975-4, Timothy A. Bradshaw, J., entered October 3, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Lau, JJ.

[No. 72532-7-I.   Division One.   October 19, 2015.]

CHRISTIAN W.C. RYSER, *Appellant*, v. JOHN E. ERNEST ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-25731-1, Ken Schubert, J., entered September 10, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Trickey, JJ.

[No. 72659-5-I.   Division One.   October 19, 2015.]

LINDEN PARK HOMEOWNERS ASSOCIATION, *Plaintiff*, v. DUSTIN M. MEARS ET AL., *Defendants*.

CONDO GROUP, LLC, *Appellant*, v. BANK OF AMERICA, NA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-19776-8, Dean Scott Lum, J., entered October 27, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Verellen, JJ.

[No. 72800-8-I.   Division One.   October 19, 2015.]

*In the Matter of the Marriage of* SOHRAB MOSHIRI, *Respondent*, and DELTA Y. MOSHIRI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-05903-6, Mariane C. Spearman, J., entered October 21, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Dwyer, JJ.